**NOT FOR PUBLIC VIEW** nbp

AO 93 (Rev. 5/85) Search Warrant

# United States District Court

*FILED 08 JUL 11 PM 4: 27*

*CLERK, U.S. DISTRICT COURT*
*SOUTHERN DISTRICT OF CALIFORNIA*

*ECL        DEPUTY*

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of the person or property to be searched))

AmericaOnLine, Inc.
22000 AOL Way
Dulles, Virginia

### SEARCH WARRANT

CASE NUMBER: '08 MJ 2014

TO: <u>James Yates, Special Agent, ICE</u>                and any Authorized Officer of the United States

Affidavit(s) having been made before me by _____<u>Special Agent James Yates</u>_____who has reason to
                                                                                    Affiant

believe that ☐ on the person of or ☑ on the premises know as (name, description and/or location)

See Attachment "A" (incorporated herein).

in the _____ <u>Northern</u> District of <u>Virginia</u> _____ there is now
concealed a certain person or property, namely (describe the person or property)

See Attachment "B" (incorporated herein).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or
property so described is now concealed on the person or premises above-described and establish grounds for the
issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before *7/11/08*
                                                                                    Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this
warrant and making the search (in the daytime--6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find
reasonable cause has been established)~~, and if the person or property be found there to seize same, leaving a
copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or
property seized and promptly return this warrant to _____<u>Barbara L. Major</u>_____
as required by law.                                                    U.S. Judge or Magistrate

*7/11/08 at 4:02 pm*                                    at    **SAN DIEGO, CALIF.**
Date and Time Issued                                              City and State

Barbara L. Major, U.S. Magistrate Judge                    *Barbara J. Major*
Name and Title of Judicial Officer                              Signature of Judicial Officer